TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: matthew.cassell@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Antonio Olmos,<br><br>Defendant. | CR-24-4257-TUC-JCH-JR<br><br>SENTENCING MEMORANDUM |

Now comes the United States of America, by and through its attorneys undersigned, and submits the following regarding the above-captioned defendant's sentencing:

1.    The matter is set for sentencing on April 21, 2025.

2.    This case originated from an investigation conducted by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and Homeland Security Investigations (HSI). On December 21, 2021, ATF and HSI agents surveilled the defendant purchasing a Barrett .50 caliber BGM rifle from an FFL in Tucson. The defendant admitted to straw purchasing the rifle but claimed he did not know who it was going to. Upon searching the defendant's cell phone, law enforcement learned the defendant was texting with Frederic Braeseker. Upon researching the origins of the Barrett rifle, agents learned it was purchased via a cashier's check filled out by Marc Luna, who also had text exchanges with Braeseker.

4.    On July 10, 2024, a federal grand jury in Tucson returned a true bill of indictment against the defendant, Braeseker, and Luna, alleging three counts related to the

conspiracy to straw purchase and smuggle the firearm into Mexico. On January 29, 2025, the defendant pled guilty to the straw purchasing count pursuant to a written plea agreement.

5.    The government has reviewed the probation department's presentence investigation report (PSR) and disposition report and has no additions or corrections to the factual statements or guideline/criminal history calculations. The defendant's guideline sentencing range is 12-18 months, based on a total offense level 12 and criminal history category II. The PSR correctly states the impact of the plea agreement, which calls for a sentence of time served (two days) to 12 months of incarceration. The probation department recommends the Court sentence the defendant to three years of probation.

6.    18 U.S.C. § 3553(a)(1) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant."  The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant.  18 U.S.C. § 3553(a)(2).  The sentence imposed shall consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct."  18 U.S.C. §3553(a)(6).

7.    The defendant straw purchased a dangerous firearm and had reason to believe the actual purchaser was prohibited from possessing that firearm, all while knowing the firearm was likely going to Mexico, where it almost certainly would have ended up in the hands of a criminal element that has historically terrorized the people of that nation. However, the defendant's role in the conspiracy is certainly not the most serious, and a custodial sentence should be reserved for the one who planned the purchase of the firearm and intended to receive the weapon. Pursuant to the 18 U.S.C. § 3553(a) factors, the government respectfully requests the Court accept the parties' plea agreement and follow the probation department's recommendation to sentence the defendant to a non-custodial sentence of three years' probation. The government will further explain its position at the sentencing hearing, currently set for April 21, 2025.

Respectfully submitted this 14th day of April, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Matthew C. Cassell*

MATTHEW C. CASSELL
Assistant United States Attorney

Copy of the foregoing served electronically
or by other means this 14th day of April, 2025, to:

Stephanie J. Meade, Esq.
Counsel for defendant