TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ASHLEY CULVER
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ashley.culver@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 24-04257-TUC-JCH (JR) |
|---|---|
| Plaintiff, | |
| vs. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| Frederic Braeseker, | |
| Defendant. | |

The United States of America, through its attorneys, respectfully submits its sentencing memorandum in the above-captioned matter. The government requests a sentence of 15 months of imprisonment followed by 36 months of supervised release. The sentencing hearing is currently scheduled for January 20, 2026, before District Court Judge John C. Hinderaker.

When imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant." 18 U.S.C. § 3553(a)(1). The sentence imposed shall reflect the seriousness of the offense, promote respect for the law, provide just punishment, afford adequate deterrence to future criminal conduct, and protect the public from further crimes of the defendant. 18 U.S.C. § 3553(a)(2). The sentence imposed shall consider "the need to avoid unwarranted sentence disparities among

defendants with similar records, who have been found guilty of similar conduct." 18 U.S.C. § 3553(a)(6).

The plea agreement stipulates to a custodial sentence within the final advisory guideline range of 15 to 21 months of imprisonment. Given the defendant's history and characteristics, his conduct in the instant case, and the 3553(a) factors, the recommended 15-month sentence is warranted.

The defendant, a prohibited possessor, arranged for co-defendant Antonio Olmos to purchase a rifle on his behalf knowing that Olmos would make a false statement to the firearms dealer to complete the sale. At the time of the offense in December 2021, the defendant was on warrant status for failing to appear for sentencing in a state felony drug case. In 2023, the defendant was indicted in a second state felony drug case, and he faces sentencing in both state cases once his federal case concludes.

The defendant has a lengthy criminal history that includes convictions for aggravated assault, false reporting to law enforcement, and felony drug charges. Of serious concern are the allegations in paragraph 58 of the Presentence Report; however, to date, it does not appear the defendant has been charged in connection with the allegations. The defendant has an untreated, continuing drug addiction and a term of supervised release is necessary to protect the community and rehabilitate the defendant. Therefore, the government requests the recommended sentence of 15 months of imprisonment followed by 36 months of supervised release.

Respectfully submitted this 13th day of January, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Ashley Culver*

ASHLEY CULVER
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 13th day of January, 2026, to:
All ECF Participants

- 2 -